AO 240 (Rev 9/96) Application to Proceed Without Prepayment of Fees and Affidavit

# United States District Court
## District of the Northern Mariana Islands

Nenita G. Africa, Adona D. Carino,
Emma S. Escobar, Emelita S. Magayaga
Asuncion Sapo,

Plaintiff

v.

COMMONWEALTH GARMENT MANUFACTURING,
INC. dba Mirage Saipan Co., Ltd.,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT FEES AND AFFIDAVIT**

FILED
Clerk
District Court

MAR 1 1 2008

For The Northern Mariana Islands

CASE NUMBER: CV 08-0014

(Deputy Clerk)

I, Emma S. Escobar, declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [ ] Yes   [x] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___N/A___

   Are you employed at the institution? ___N/A___  Do you receive any payment from the institution? ___N/A___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transac[tions]

2. Are you currently employed?   [ ] Yes   [x] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages, pay period and the name and address of your last employer.

   Mirage- July 2004,-P.O. Box 500741, Saipan, MP 96950
   $236.68

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [x] No
   b. Rent payments, interest or dividends   [ ] Yes   [x] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [x] No
   d. Disability or workers compensation payments   [ ] Yes   [x] No
   e. Gifts or inheritances   [ ] Yes   [x] No
   f. Any other sources   [ ] Yes   [x] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the a[mount] received and what you expect you will continue to receive.

AO 240   (Rev. 9/96) Application to Proceed Without Prepayment of Fees and Affidavit - Reverse

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount  N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   1) Justo Sison- father- $50.00/month
   2) Rinalyn Escobar- daughter $250.00/month

   house rental   $100.00
   utilities      $50.00

I declare under penalty of perjury that the above information is true and correct.

_____                    _____
        Date                                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receip expenditures, and balances during the last six months in your institutional accounts. If you have multiple accoun perhaps because you have been in multiple institutions, attach one certified statement of each account.