AO 240A     (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
## District of the Northern Mariana Islands

Nenita G. Africa, Adona D. Carino,
Emma S. Escobar, Emelita S. Magayaga
Asuncion Sapo,

    Plaintiff

V.

COMMONWEALTH GARMENT MANUFACTURING,
INC. dba Mirage Saipan Co.., Ltd.,

    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

FILED
Clerk
District Court

MAR 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CASE NUMBER: CV 08-0014

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____

ENTER this  11TH  day of  MARCH , 2008.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer  (Judge)

RECEIVED
MAR 10 2008
Clerk
District Court
The Northern Mariana Islands