FILED
Clerk
District Court

AUG 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| NENITA G. AFRICA, *et al.*, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH GARMENT ) <br> MANUFACTURING, INC., doing ) <br> business as Mirage Saipan Co., Ltd., ) <br> ) <br> Defendant ) <br> _____) | Civil Action No. 08-0014 <br><br><br> ORDER TO SHOW CAUSE <br> WHY LAWSUIT SHOULD NOT <br> BE DISMISSED FOR FAILURE <br> TO PROSECUTE |

THIS LAWSUIT was filed March 11, 2008. To date, service has not been effected on defendant. Accordingly,

IT IS ORDERED that plaintiffs shall appear at 9:00 a.m. on September 4, 2008, to show cause why this lawsuit should not be dismissed for failure to serve within 120 days or to otherwise prosecute. Fed.R.Civ.P. 4(m).

DATED this 22nd day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)