# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0014                                                September 4, 2008
                                                          8:57 a.m.

NENITA G. AFRICA, et al -v- COMMONEALTH GARMENT MANUFACTURING, INC.

PRESENT:     Hon. Alex R. Munson, Chief Judge
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Stephen Woodruff, Attorney for Plaintiff

   PROCEEDINGS:   ORDER TO SHOW CAUSE

   Attorney Stephen Woodruff was present on behalf of Plaintiffs. Defendants were not represented.

   Attorney Woodruff argued for more time.

   Court, after hearing all argument, gave the Plaintiff thirty (30) days to effect service in this case.

                                          Adjourned 8:58 a.m.


                                          /s/K. Lynn Lemieux, Courtroom Deputy